373 A.2d 1139

Commonwealth v. Svirbely, Appellant.

Argued November 11, 1976. Michael J. Wherry, Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents.